AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

**AARYN J. NEWLAND**

*Defendant*

Case No. 24-MJ- 568

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about June 20, 2024, in the Western District of New York, **AARYN J. NEWLAND** did knowingly possess a machine gun, in violation of 18 U.S.C. § 922(o)(1).

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
Christopher D. Bonham, TFO
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me on:

Date: June 20, 2024

_____
HON. MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

City and State: Rochester, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

24-MJ

Aaryn J. NEWLAND,

       Defendant

State of New York  )
County of Monroe  ) ss
Town of Irondequoit)

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, CHRISTOPHER D. BONHAM, affirm to the following facts:**

### INTRODUCTION

1.    I have been a Member of the New York State Police (NYSP) for approximately 26 years and an Investigator with the Bureau of Criminal Investigation assigned to the Community Narcotics Enforcement Team (CNET) and the Special Investigations Unit (SIU) Offices for approximately 19 years. During my tenure at CNET and SIU, I have participated in multiple investigations with federal, state, and local law enforcement agencies involving narcotics trafficking, and firearms offenses, and have assisted in a number of successful investigations of drug distribution networks and firearms trafficking organizations. During these investigations I was involved in the execution of search and seizure warrants on drug trafficking locations, made arrests for violations of state and federal drug and firearms laws. I have participated in extensive electronic and physical surveillance and the execution of

1

search warrants during the course of multiple productive investigations involving the possession and sale of controlled substances, illegal weapons possession and criminal sale of firearms. Furthermore, I have participated in the investigation of numerous drug trafficking conspiracies and cases involving the use of court-authorized interceptions of wire and electronic communications and authored affidavits in support of said court-authorized interceptions. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms & Explosives Violent Crimes Task Force (ATF VCTF) and am assigned to the Rochester, NY Field Office as a Task Force Officer. I further state that I am the kind of Task Force Officer as delineated in Title 18, United States Code, Section 3051.

2. This affidavit is submitted in support of a criminal complaint charging Aaryn J. NEWLAND, (hereinafter "NEWLAND") with a violation of Title 18, United States Code, Section 922(o) (unlawful possession of a machinegun).

3. The assertions made herein are based solely upon the personal knowledge of your affiant or upon information I have received from this investigation, including various police reports produced in relation to the arrest of the defendant, discussions with other law enforcement agents and officers, all of which are true and correct to the best of my knowledge and belief. Further, your affiant has had discussions with law enforcement officers involved in this investigation who have confirmed the accuracy of the information contained within this affidavit. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that the defendant

2

committed the above-mentioned offenses. In support thereof, I respectfully state the following.

## SUMMARY OF INVESTIGATION

4. During the last three months, members of the ATF Violent Crime Task Force (hereinafter "VCTF"), along with members of the Irondequoit Police Department (hereinafter "IPD") have participated in a joint investigation into NEWLAND. Information was received from the Manhattan District Attorney's office in New York County regarding NEWLAND purchasing multiple firearm parts from eBay.

5. On 05/8/2024 a subpoena was submitted to eBay for account information and purchase history for NEWLAND. The subpoena results revealed that from on or about January 24, 2024 to on or about March 19, 2024, NEWLAND ordered approximately 89 items used to store, modify, enhance, construct and/or assemble firearms, which were all shipped to his residence located at 5 Druid Hill Park in the Town of Irondequoit. The chart below details these orders, including the date of purchase, a description of the items purchased, and the name of the online retailer. The purchase name of all of the above orders was "Aaron Newland", and he used the email address aarynnewland@gmail.com for every order. In total, NEWLAND has spent approximately $4,390.87 for these firearms-related items:

|   | Date | Description | Retailer |
|---|------|-------------|----------|
| 1 | 24 Jan 2024 08:18:17 | Complete G17 9mm Slide with Barrel-Upper parts-Sights For GL0CK 17 (KOC) | eBay |
| 2 | 26 Jan 2024 07:01:59 | Glock 17 Lower parts Kit Premium 1:1 Replacement for OEM G19 G17 30274 Upgraded | eBay |
| 3 | 26 Jan 2024 07:18:47 | OEM G17 FULL- SIZE Kit L/Block + Rear + Pins, Fits G17 | eBay |

| | | | |
|---|---|---|---|
| 4 | 03 Feb 2024 01:13:46 | AGGRESSIVE ARMS USA GOLD Trigger W/ LOWER GLD PARTS KIT for GEN 3 GL0CK 17 & 19 | eBay |
| 5 | 03 Feb 2024 01:13:46 | Glock Rear Rail for PF940 PF940C P80 Builds, Ver2 Compatible | eBay |
| 6 | 03 Feb 2024 01:13:46 | For Glock 17 custom Slide gen 1-3 NEW Cerakote, upper stripped Robins Egg | eBay |
| 7 | 03 Feb 2024 01:13:46 | For Glock 17 Slide kit & frame Kit & barrel- Complete spk & LPK fits Gen 3 | eBay |
| 8 | 03 Feb 2024 01:13:46 | Glock 9mm Gen 1-3 Lower Parts Kit, LPK for Glock, Fits P80, Fits GST-9, G19, G17 | eBay |
| 9 | 03 Feb 2024 01:13:46 | AGGRESSIVE ARMS RED Slide + Lower Parts Kit for GL0CK 19 GEN 1 2 3 UPPER UPK LPK | eBay |
| 10 | 03 Feb 2024 01:13:46 | [BUY 4 GET 1 FREE,ADD 5] SUNLU PLA+ Filament 1.75mm PLA PLUS 1KG/2.2LBS Spool | eBay |
| 11 | 03 Feb 2024 01:13:46 | [BUY 4 GET 1 FREE,ADD 5] SUNLU PLA+ Filament 1.75mm PLA PLUS 1KG/2.2LBS Spool | eBay |
| 12 | 03 Feb 2024 01:13:46 | ProMag (2 Pack) 10-Round Magazine for GLOCK Model 17, 19, & 26 9mm, GLK 14 Black | eBay |
| 13 | 03 Feb 2024 01:13:46 | Strike Industries, Mass Driver Comp, 9MM, Fits Glock 19 Gen3, Black, Ships Fast! | eBay |
| 14 | 03 Feb 2024 01:13:46 | 2 Pack TIN Coated Locking Block For Glock Gen 3, G17.20.21.22.34 Rose Gold | eBay |
| 15 | 03 Feb 2024 01:13:46 | 2 Pack TIN Coated Locking Block For Glock Gen 3.4.5 /19/23/32/38/45 Gen 5 G17 | eBay |
| 16 | 03 Feb 2024 01:13:46 | Glock 19 Ported Barrel - G1-4 - Gold-TiN | eBay |
| 17 | 03 Feb 2024 01:18:12 | For Glock 17 custom Slide gen 1-3 NEW Cerakote, upper stripped Robins Egg | eBay |
| 18 | 03 Feb 2024 01:18:12 | For Glock 19 custom Slide gen1-3 NEW cerakote upper stripped USMC RED | eBay |
| 19 | 03 Feb 2024 01:24:03 | Zaffiri Precision Glock 17 flush and crown TIN GOLD match grade barrel | eBay |
| 20 | 03 Feb 2024 01:24:03 | For GLOCK GEN 1 2 3 4 Extended Control Kit, Slide Stop Release, ESLL, Pins | eBay |
| 21 | 03 Feb 2024 01:24:03 | For GLOCK GEN 1 2 3 4 Extended Control Kit, Slide Stop Release, ESLL, Pins | eBay |
| 22 | 03 Feb 2024 07:39:09 | For GLOCK GEN 1 2 3 4 Extended Control Kit, Slide Stop Release, ESLL, Pins | eBay |
| 23 | 04 Feb 2024 05:37:28 | GHOST Magazine Spring Plus 13% Large For Glock 17 17L 22 31 34 35 37 - 3 PACK | eBay |
| 24 | 04 Feb 2024 05:37:28 | 3 New Wolff +5% Extra Power Mag Springs For 9mm Glock Magazine In 33 31 Ct | eBay |
| 25 | 04 Feb 2024 05:37:28 | OEM GLOK 19 Magazine Spring - BRAND NEW - 2 PACK - Replace your old Springs | eBay |
| 26 | 04 Feb 2024 05:37:28 | OEM GLOK 17 Magazine Spring - BRAND NEW - 2 PACK - Replace your old Springs | eBay |
| 27 | 13 Feb 2024 21:10:15 | HGW Complete Upper for Glock 43 Bromont RMSc Gold Slide Black Barrel Sights | eBay |
| 28 | 13 Feb 2024 21:13:14 | Glock 43/43X Complete Slide w/RMSc Optic Cut fits G43/43X - Black 2S Slide | eBay |
| 29 | 13 Feb 2024 21:16:40 | For GL0CK 17 up grade 13pc LOWER PARTS KIT G17 LPK Combo Kit FREE SHIPPING | eBay |

| | | | |
|---|---|---|---|
| 30 | 13 Feb 2024 21:19:06 | Complete G17 9mm Slide with Barrel,Upper parts,Sights For GL0CK 17 | eBay |
| 31 | 13 Feb 2024 21:19:06 | Fits the GL0CK 43 up grade 13pc LOWER PARTS KIT G43 LPK Combo Kit FREE SHIPPING | eBay |
| 32 | 13 Feb 2024 21:19:06 | GL0CK 43 Lower Parts Kit for G43 and Parts Replacement Kit | eBay |
| 33 | 19 Feb 2024 23:26:54 | Complete G17 9mm Slide with Barrel,Upper parts,Sights For GL0CK 17 | eBay |
| 34 | 19 Feb 2024 23:39:46 | New OEM SUBCOMPACT + Locking Block + Rear + Pins, Fits G26 | eBay |
| 35 | 19 Feb 2024 23:39:46 | AGGRESSIVE ARMS USA Frame & Slide Parts Kit for Glok 26 GEN 1-4 w/ GOLD STRIKER | eBay |
| 36 | 19 Feb 2024 23:39:46 | ProMag (2 Pack) 6-Round Magazine for GLOCK Model 43 G43 9mm, GLK12 Black Polymer | eBay |
| 37 | 22 Feb 2024 03:24:23 | Tango Down Vickers Magazine Release for GLOCK 43X 48 Choose Color GMR007 | eBay |
| 38 | 22 Feb 2024 03:24:23 | Front Locking Block Pin for P80 940SC / 940SS 2mm G26 / G43 | eBay |
| 39 | 22 Feb 2024 03:24:23 | 9mm 10 Round fit for Glock Glock 48 G48 43X G43X * USA Seller ** Free Shipping | eBay |
| 40 | 22 Feb 2024 13:19:25 | Tactical Red Dot Sight Scope Mount Base up Picatinny Rail for Pistol GLOCK 17 19 | eBay |
| 41 | 22 Feb 2024 13:19:25 | Anodized Aluminum RMR Dot Sight Plate For G17 G19 G26 Arc Side Slide-Color Var | eBay |
| 42 | 24 Feb 2024 02:50:11 | AGGRESSIVE ARMS USA GOLD Trigger W/ LOWER GLD PARTS KIT for GEN 3 GL0CK 17 & 19 | eBay |
| 43 | 24 Feb 2024 02:50:11 | HGW Bromont Express Complete Upper for Glock 19 Black Slide Gold Barrel & Sights | eBay |
| 44 | 24 Feb 2024 02:52:36 | (3 pack) Magpul Glock 10rd GL9 Magazine for Glock 19 9mm Mag G19 MAG907 | eBay |
| 45 | 25 Feb 2024 01:21:24 | Complete Upper Glock 19 Gen 1-3 OEM Style COYOTE BROWN Slide w/9mm Barrel-G19 | eBay |
| 46 | 25 Feb 2024 01:24:02 | Aluminum Front & Rear Green Fiber Sight Fit G17 G19 G22 G23 G24 G26 G27 31 34 35 | eBay |
| 47 | 27 Feb 2024 00:31:23 | Strike Industrie Mass Driver Compensator for Glok Gen 5 Model 17 G17 Comp Black | eBay |
| 48 | 27 Feb 2024 21:43:56 | eSUN PLA+ PLA PLUS PLA Pro Filament 1.75mm 1KG Multi-color For FDM 3D Printer | eBay |
| 49 | 28 Feb 2024 01:53:30 | Lightening cut slide for Glock 26, G26 - HGW Titan, USA Made 17-4ph Blue PVD | eBay |
| 50 | 28 Feb 2024 01:53:30 | Gold Anodized Aluminum Trigger Shoe With Safety For G17 G19 G23 G26 G43 | eBay |
| 51 | 28 Feb 2024 01:53:30 | Laser Aluminum Slide Cover Back Plates for Glock 17 19 20 21 26 34 44 37 45,G26 | eBay |
| 52 | 28 Feb 2024 01:53:30 | Anodized Aluminum RMR Cut Slide Cover Plate For G17 G19 G26 GCP | eBay |
| 53 | 28 Feb 2024 02:18:06 | Glock 26 OEM 10 Round Magazine 9mm G26 10rd Mag Clip MF2610 GL2610 MF26010 | eBay |
| 54 | 28 Feb 2024 02:23:42 | for Glock 26 27 33 39 Gen 1-5 Magazine Base Plate Finger Extension Popular | eBay |
| 55 | 28 Feb 2024 02:37:58 | L2D COMBAT Stainless GOLD Pins for GLOK GEN 4 Pin set 17 19 22 23 26 27 33 34 | eBay |

5

| | | | |
|---|---|---|---|
| 56 | 28 Feb 2024 02:37:58 | AGGRESSIVE ARMS SERRATED & FLUTED Barrel for GL0CK 26 GEN 1-4 GOLD TIN 9mm USA 1 | eBay |
| 57 | 28 Feb 2024 02:37:58 | Tyrant Designs Extended Magazine Billet Aluminum Release for Glok Gen 1 2 3 Mag | eBay |
| 58 | 28 Feb 2024 02:37:58 | For GLOCK 26 27 33 39 GEN 1 2 3 4 5 Stainless Steel Guide Rod Assembly G26 | eBay |
| 59 | 28 Feb 2024 02:37:58 | Tyrant Designs Slide End Plate Billet Aluminum Cover for Glok Gen 1 2 3 4 Colors | eBay |
| 60 | 28 Feb 2024 02:42:09 | Anodized Aluminum RMR Dot Sight Plate For G17 G19 G26 Arc Side Slide-Color Var | eBay |
| 61 | 28 Feb 2024 05:35:51 | Universal Tactical Systems Magazine Speed Loader for Glock 9mm .40 caliber Mags | eBay |
| 62 | 28 Feb 2024 05:59:36 | Creality K1 Max Build Plate 315x310mm, Peo, Pet, Pei, Pey | eBay |
| 63 | 28 Feb 2024 05:59:36 | High Profile Gold Front Rear Sight Red Fiber Optic Glock 17 19 22 23 24 26 27 31 | eBay |
| 64 | 28 Feb 2024 18:42:32 | Glock 17 9mm Factory OEM 10Rd Mag MF10017 w/Glock Pkging SAME DAY FAST FREE SHIP | eBay |
| 65 | 28 Feb 2024 18:44:36 | LUCAS Oil Extreme Duty 4oz CLP 10915 Gun Cleaner Lubricant Protector | eBay |
| 66 | 02 Mar 2024 15:44:55 | For GLOCK 26 27 33 39 GEN 1 2 3 4 5 Stainless Steel Guide Rod Assembly G26 | eBay |
| 67 | 02 Mar 2024 15:44:55 | FITS GL0CK 19 Lower Parts Kit for G19 Gen 3 | eBay |
| 68 | 02 Mar 2024 15:44:55 | Matte Gold Barrel for Glock 19 G19 Titanium Nitride TIN Gen 1-3Flush Cut Crowned | eBay |
| 69 | 02 Mar 2024 15:44:55 | For Glock Aluminum FLAT Trigger for Gen 3-4 fits 17 19 22 23 26 27 34 35 PU/PINK | eBay |
| 70 | 02 Mar 2024 15:44:55 | For Glock Aluminum Curved Trigger for Gen 3-4 fits 17 19 22 23 26 27 34 35 PINK | eBay |
| 71 | 02 Mar 2024 15:44:55 | FLASHFORGE PLA Pro Filament PLA+ 3D Printer Consumables 1kg/2.2lb Spool 1.75mm | eBay |
| 72 | 02 Mar 2024 15:44:55 | For GLOCK Gen 1 2 3 4 5 CUSTOM STIPPLED Extended Magazine Release  Choose Model | eBay |
| 73 | 02 Mar 2024 15:44:55 | For GLOCK 17 19 26 Gen 3 Extended Control Kit 3 Pins And Serrated Mag Release | eBay |
| 74 | 02 Mar 2024 15:44:55 | Flag Pattern Pink Trijicon RMR Cover Plate For Glock 19 17 26 Red Dot Cut Slide | eBay |
| 75 | 02 Mar 2024 15:44:55 | Factory Seconds - G19 Stainless Steel Barrel for Glock 19 OEM 9mm - Made in USA | eBay |
| 76 | 02 Mar 2024 15:44:55 | Barrel for Glock 26 9x19 9mm G26 Unicorn Tears Finish Target Crown GEN 1-4 | eBay |
| 77 | 02 Mar 2024 15:44:55 | Glock 19 Ported Barrel Fits Gen 1 2 3 4 5 G19 PVD Rainbow Chameleon Made in USA | eBay |
| 78 | 04 Mar 2024 07:35:22 | 2 Pack TIN Coated Locking Block For Glock Gen 3.4.5 /19/23/32/38/45 Gen 5 G17 | eBay |
| 79 | 06 Mar 2024 07:04:02 | Extended Magazine Release for  Glock 43x 48 Aluminum Black Gold Red Blue Silver | eBay |
| 80 | 06 Mar 2024 07:05:43 | 9mm 10 Round fit for Glock 48 G48 G43X 43X mags magazines * USA Seller | eBay |
| 81 | 12 Mar 2024 07:54:28 | Front Locking Block Pin for P80 940SC / 940SS 2mm G26 / G43 | eBay |

6

| | | | |
|---|---|---|---|
| 82 | 12 Mar 2024 07:55:01 | Front Locking Block Pin for P80 940SC / 940SS 2mm G26 / G43 | eBay |
| 83 | 14 Mar 2024 00:54:48 | For Glock 43 43X WHITE Stripped Slide RMSc cut USA MADE | eBay |
| 84 | 14 Mar 2024 00:55:49 | HGW Titan Fluted Match Barrel for Glock 43 G43 9mm Stock Length Blue Violet | eBay |
| 85 | 15 Mar 2024 23:09:44 | Glock OEM Trigger Bar Assembly 9mm Gen-1/2/3 17/19/26/34 w/5.5 lbs Dot Connector | eBay |
| 86 | 17 Mar 2024 02:26:20 | Glock 26 OEM 10 Round Magazine 9mm G26 10rd Mag Clip MF2610 GL2610 MF26010 | eBay |
| 87 | 18 Mar 2024 08:42:45 | Magazine Catch Spring And Slide Lock Spring For Glock 19, 23, 32, 38 Gen 1 2 3 4 | eBay |
| 88 | 18 Mar 2024 08:50:20 | NEW OEM GLOCK 26 G26 GEN 5 9MM 10 ROUND RD MAGAZINE MAG 33377 | eBay |
| 89 | 19 Mar 2024 21:07:43 | Front Locking Block Pin for P80 940SC / 940SS 2mm G26 / G43 | eBay |

6.      On 05/31/24, NEWLAND was stopped by Rochester Police Department for a traffic infraction, including switched plates, unregistered vehicle and excessively tinted windows.  NEWLAND was driving the vehicle and there was one other occupant in the front passenger seat.  In plain view on the passenger floorboard, law enforcement observed a handgun, specifically, a 9mm polymer Privately Made Firearm, that was loaded with 9mm rounds of ammunition.  A photograph of the handgun is below:



7.      This handgun had specific color characteristics and identifiable parts. A comparison to the above list of firearms related items purchased reveals that the following items purchased resemble the same parts that are visible on the handgun NEWLAND was found in possession of:

- #35 Aggressive Arms USA Frame & Slide Parts Kit for Glock 26 Gen 1-4 w/ Gold Striker
- #49 Lightening cut slide for Glock 26, G26 – HGW Titan, USA 17-4ph Blue PVD
- #50 Gold Anodized Aluminum Trigger Shoe with Safety for G17 G19 G23 G26 G43
- #55 L2D Combat Stainless GOLD pins for Glok Gen 4 pin set 17 19 22 23 26 27 33 34
- #56 Aggressive Arms Serrated & Fluted barrel for Glock 26 Gen 1-4 GOL Tin 9mm USA
- #63 High Profile Gold front & rear red fiber optic Glock 17 19 22 23 24 26 27 31

8.      On June 18, 2024, I applied for and received a Search Warrant for NEWLAND's residence at 5 Druid Hill Park, Rochester, NY 14609 and the person of NEWLAND from Monroe County Court Judge Julie Hahn. On June 20, 2024, those search warrants were executed by members of law enforcement. Inside the detached garage, law enforcement observed a cardboard box with the name of Aaryn Newland printed on it located under the stairs. Inside of the cardboard box, there were fifteen 3D printed "Glock Switches". A picture showing Glock Switches from the box are below:



9. Glock Switches are parts that, when properly inserted into or added to a firearm, convert the firearm to fully automatic. I know that a Glock Switch is a part or combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. Glock Switches, therefore, qualify as machineguns under 26 U.S.C. § 5845(b).[1]

10. NEWLAND was placed under arrest and transported to the Irondequoit Police Department, where NEWLAND was interviewed. Prior to being interviewed, NEWLAND was advised of his Miranda rights which he elected to waive, and he agreed to speak with officers. NEWLAND admitted to knowing that he was not supposed to possess the Glock Switches due to them being illegal and indicated that he had intended to melt them down to destroy them but claimed he had forgotten to do so. NEWLAND stated that he owned the residence and detached garage where the Glock Switches were discovered and stated he lived alone and no one else utilized the detached garage where the Glock Switches were discovered.

11. On June 10, 2024, I requested that ATF Officials review the Federal Firearms Licensee (FFL) and Firearms Manufacturers databases. I was advised that NEWLAND does not hold an FFL or a license to manufacture firearms or machineguns.

---

[1] A "machinegun" is defined as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun . . ." 26 U.S.C. § 5845(b); *see* 18 U.S.C. § 921(a)(24).

9

12. On June 20, 2024, a query was conducted of the ATF National Firearms Registration and Transfer Record which returned negative results identifiable to NEWLAND.

13. In connection with this investigation, your affiant has reviewed a criminal history for NEWLAND, which reflects the following two pending charges:

- On March 26, 2024, NEWLAND was charged by the Irondequoit Police Department with Grand Larceny, Fourth Degree, a class E felony. NEWLAND's case is still pending adjudication;

- On May 31, 2024, NEWLAND was charged by the Rochester Police Department with Criminal Possession of a Weapon, Second Degree, a class C felony. NEWLAND's case is still pending adjudication.

## CONCLUSION

14. Based on the above information, I submit there is probable cause to believe that on or about June 20, 2024, in the Town of Irondequoit, County of Monroe, New York, Western Judicial District of New York, NEWLAND violated Title 18, United States Code, Section 922(o) (unlawful possession of a machinegun).

Christopher D. Bonham
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed to and sworn before me
this 20th day of June, 2024.

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge